IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, a Limited Liability Company, UNITED VAN LINES (CANADA) LTD., and THE CHIPMAN CORPORATION, a California Corporation, dba CHIPMAN RELOCATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>PATRICIA WENDY RAMSAY, an individual, and DOES 1 through 10, inclusive,<br><br>  Defendant.<br>_____/ | No. C 05-03404 WHA<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

  Good cause not shown, the Court **DENIES** plaintiffs' request to continue the case management conference. Trial counsel shall please appear at the conference on **DECEMBER 15, 2005**, at **11:00 A.M.** Please file your joint case management conference by **DECEMBER 13, 2005**.

  **IT IS SO ORDERED.**

Dated: December 9, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE