IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, UNITED VAN LINES (CANADA) LTD., AND THE CHIPMAN CORP.,<br>　　　　　Plaintiffs,<br>　v.<br>PATRICIA WENDY RAMSAY AND DOES 1–10, inclusive<br>　　　　　Defendants. | No. C 05-03404 WHA<br><br>**ORDER RE STIPULATED DISMISSAL** |

The parties having fully settled this action on March 20, 2006, they are **ORDERED TO FILE A STIPULATED DISMISSAL** by noon, May 19, 2006, or to provide notice to the Court by that time of why they are unable to do so.

**IT IS SO ORDERED.**

Dated: May 15, 2006

　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE